IN THE UNTIED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROGER CONES,

    Plaintiff,

v.                                  No. 15-cv-0260 JCH/SMV

CHEX SYSTEMS, INC.,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 12] ("PF&RD"), issued on May 6, 2015. On reference by the undersigned, the Honorable Stephan M. Vidmar, United States Magistrate Judge, recommended granting Defendant Chex Systems, Inc.'s Motion to Dismiss Complaint . . . [Doc. 3]. Although Plaintiff had not responded to the Motion to Dismiss, Judge Vidmar nevertheless examined its merits. [Doc. 12]. He found Plaintiff's Complaint was conclusory and failed to provide Defendant with fair notice of the claim against it. *Id.* Therefore, he recommended granting the Motion to Dismiss [Doc. 3] and dismissing Plaintiff's Complaint without prejudice. [Doc. 12] at 4. No party has filed objections to the PF&RD, and the time for objecting has passed.

**IT IS THEREFORE ORDERED, ADJDUGED, AND DECREED** that the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 12] are **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant Chex Systems, Inc.'s Motion to Dismiss Complaint . . . [Doc. 3] is **GRANTED**, and the case **DISMISSED without prejudice**.

IT IS SO ORDERED.

_____
**JUDITH C. HERRERA**
**United States District Judge**